IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NATIONSTAR MORTGAGE, LLC**,

**Plaintiff,**

v.

**MARCEO HAYWOOD a/k/a
MARCEO D. HAYWOOD,
UNITED STATES OF AMERICA,
UNKNOWN HEIRS and LEGATEES
of MARCEO D. HAYWOOD, if any,
UNKNOWN OWNERS, and NON-RECORDED
CLAIMANTS,**

**Defendants.**  No. 10-927-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is plaintiff's motion to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2) (Doc. 15). Specifically, plaintiff moves to dismiss the case as it and the defendant mortgagor entered into a loan modification agreement. Further, the government does not object to the motion. Thus, the Court **GRANTS** the motion and **DISMISSES without prejudice** this cause of action. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 16th day of May, 2011.

David R. Herndon
2011.05.16
16:56:55 -05'00'

**Chief Judge
United States District Court**